IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street, SW, Suite 800 <br> Washington, DC 20024, <br><br>         Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, integrity, and accountability in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the

agencies' responses and disseminates both its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Justice is an agency of the U.S. Government and is headquartered at 950 Pennsylvania Avenue N.W., Washington, DC 20530. Defendant DOJ has possession, custody, and control of public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On April 8, 2025, Plaintiff submitted a FOIA request to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking access to the following records:

> An unredacted copy of the FBI investigative report (FD-1057) prepared by the Newark Field Office and dated May 1, 2013, pertaining to the closure of an investigation initiated on April 6, 2005.

For purposes of clarification, a redacted copy of the requested document was attached to Plaintiff's FOIA request.

6. The request was submitted via the FBI's eFOIPA online portal and was received the same day it was sent.

7. By letter dated April 11, 2025, the FBI acknowledged receipt of Plaintiff's request, advised Plaintiff that the request had been assigned FOIPA Request No. 1665155-000, and advised Plaintiff the request did "not qualify for reprocessing."

8. By letter dated April 17, 2025, Plaintiff administratively appealed Defendant's determination.

9. By letter dated April 17, 2025, the Office of Information Policy ("OIP") acknowledged receipt of Plaintiff's administrative appeal and advised Plaintiff the appeal had been assigned tracking number A-2025-01357.

10. By letter dated September 5, 2025, the OIP advised Plaintiff the request was remanded "to the FBI for further processing."

11. Plaintiff has received no further communication from Defendant regarding this request since September 5, 2025.

12. As of the date of this Complaint, Defendant has failed to: (i) issue a final determination on the request; (ii) notify Plaintiff of any such determination or the reasons therefor; or (iii) produce all of the requested records or otherwise demonstrate the requested records are exempt from production.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

13. Plaintiff realleges paragraphs 1 through 12 as if fully stated herein.

14. Defendant is in violation of FOIA.

15. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with FOIA.

16. Plaintiff has no adequate remedy at law.

17. Plaintiff has exhausted all administrative remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct search for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to the request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys'

fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: February 12, 2026                                  Respectfully submitted,

<div style="margin-left: 50%;">

*/s/ Ramona R. Cotca*
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Fax:    (202) 646-5199
Email: rcotca@judicialwatch.org

*Counsel for Plaintiff*

</div>